IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| SAMUEL CORY PURSLEY | § | |
| VS. | § | CIVIL ACTION NO. 5:22cv66-RWS-JBB |
| WARDEN JOE CORLEY DENT. FAC. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner Samuel Cory Pursley, an inmate confined within the Bureau of Prisons ("BOP), proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The above-styled action was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Petitioner complains that the BOP has failed to properly calculate his sentence. A federal prisoner seeking relief in a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must exhaust his administrative remedies within the BOP prior to filing his petition. *Rourke v. Thompson*, 11 F.3d 47, 50 (5th Cir. 1993); *United States v. Gabor*, 905 F.2d 76, 78 n.2 (5th Cir. 1990). The BOP, which administers the prison where the petitioner is incarcerated, has a four step process for resolving complaints by prisoners. Initially, a prisoner must attempt to informally resolve the complaint with staff by filing a BP-8 form. 28 C.F.R. § 542.13(a). If informal attempts are unsuccessful, the prisoner must submit a written complaint to the warden using a BP-9 form. 28 C.F.R. § 542.13(b). If the prisoner is not satisfied with the warden's response, he may appeal to the Regional Director using a BP-10 form. 28 C.F.R. § 542.15. 28 C.F.R. § 542.15.

Petitioner complains that his sentence is not being calculated properly. However, petitioner does not state he has attempted to pursue his administrative remedies regarding his claim. As a

result, this petition should be dismissed without prejudice. Petitioner will be free to refile his petition once he has completed the administrative remedy process.

## Recommendation

This petition for writ of habeas corpus should be dismissed without prejudice for failure to exhaust administrative remedies.

## Objections

Within 14 days after receipt of this Report and Recommendation, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations contained herein. U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within 14 days after service shall bar an aggrieved party from *de novo* review by the assigned United States District Judge of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1429 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this the 24th day of July, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE